Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA MASCHACK, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-04149 JW |
| v. | ) |
| | ) |
| VAN RU CREDIT CORPORATION, | ) |
| | ) STIPULATION TO MEDIATE AND |
| | ) [~~PROPOSED~~] ORDER |
| | ) |
| Defendant. | ) |
| | ) |

The parties stipulate to use the Court's Mediation program as an ADR process.

Date: 10/11/06

/s/Ronald Wilcox
Ronald Wilcox, Counsel for plaintiff

Date:

Mark Ellis, Counsel for defendant

**[~~PROPOSED~~] ORDER**

- 1 -

Pursuant to the stipulation the parties shall proceed to Mediation.

**IT IS SO ORDERED.**

Date:    October 13, 2006

U.S. DISTRICT JUDGE