Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| TERESA MASHACK,<br><br>        Plaintiff,<br><br>        v.<br><br>VAN RU CORPORATION,<br><br>        Defendants. | Civil Action No. 06-04149 JW<br><br>STIPULATION TO DISMISS AND<br>[PROPOSED] ORDER |

        The parties have resolved this matter and therefore request the matter be dismissed with prejudice.

Date: 1/27/07

_____

Ronald Wilcox
Counsel for Plaintiff

Date: 1/27/07

_____

Mark Ellis
Counsel for Defendant Van Ru Corporation

# [PROPOSED] ORDER

**Pursuant to the stipulation of the Parties:**

The matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: 1/30/2007

_____

HON. JAMES WARE